EVELYN A. SAUL, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.